LENORIS STARKS *v.* COMMISSIONER
OF CORRECTION
(AC 32660)

Gruendel, Lavine and Alvord, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The appeal is dismissed.

ERIC KELSEY *v.* COMMISSIONER OF CORRECTION
(AC 33032)

Gruendel, Lavine and Alvord, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The appeal is dismissed.

TOWN OF HAMDEN *v.* UPSEU LOCAL 424, UNIT 1
(AC 33869)

Gruendel, Lavine and Alvord, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The judgment is affirmed.